# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

―――――――――――――――

Case No. 5D2024-3356
LT Case No. 2018-CF-000899-A

―――――――――――――――

VINCENT TERRY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

―――――――――――――――

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Hani Demetrious and Robert David Malove, of The Law Office of Robert David Malove, P.A., Fort Lauderdale, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Respondent.

January 17, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 23, 2024 order denying defendant's motion for postconviction relief rendered in Case No. 2018-CF-000899-A, in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____